UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHOICESTREAM INC.,

       Plaintiff,

v.

LYCOS, INC.,

       Defendant.

Civil Action No. 1:10-cv-10065

## STIPULATED ORDER OF DISMISSAL

Lycos, Inc. ("Lycos") and Choicestream Inc. ("Choicestream") hereby stipulate and agree that all claims in the above-captioned action between Lycos and Choicestream are hereby dismissed with prejudice. Each party to this stipulation will bear its own costs and attorneys' fees incurred in connection with the action.

SO AGREED AND STIPULATED this 3rd day of January, 2011.

| | |
|---|---|
| */s/DeAnna Allen* | */s/Christopher Centurelli* |
| Jeffrey K. Sherwood | Michael E. Zeigler (BBO #633654) |
| DeAnna Allen | Christopher Centurelli (BBO #640974) |
| DICKSTEIN SHAPIRO, LLP | K&L GATES LLP |
| 1825 Eye Street, NW | State Street Financial Center |
| Washington, DC 20006 | One Lincoln Street |
| Telephone: (202) 420-2200 | Boston, MA 02111 |
| Facsimile: (202) 420-2201 | Telephone: (617) 261-3100 |
| | Facsimile: (617) 261-3175 |
| | |
| Merton Thompson (BBO #637056) | Jackson Ho (BBO #663413) |
| BURNS & LEVINSON, LLP | K&L GATES LLP |
| 125 Summer Street | 630 Hansen Way |
| Boston, MA 02110 | Palo Alto, CA 94304 |
| Telephone: (617) 345-3697 | Telephone: (650) 798-6700 |
| Facsimile: (617) 345-3299 | Facsimile: (650) 798-6701 |
| | |
| Counsel for Lycos, Inc. | Counsel for Choicestream Inc. |

So Ordered on January _____, 2011

_____
UNITED STATES DISTRICT JUDGE

- 2 -

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 3, 2011.

                                        */s/Christopher Centurelli*_____